UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STARSHA M. SEWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:10CV00875 AGF |
| | ) |
| VATTEROTT EDUCATIONAL | ) |
| CENTERS, INC., | ) |
| | ) |
| Defendant. | ) |

## **MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's Motion for Appointment of Counsel [Doc. #3]. Plaintiff commenced this employment discrimination action *pro se* against her former employer. She claims discrimination on the basis of race, color, and gender, as well as retaliation. There is no constitutional right for a *pro se* plaintiff to have counsel appointed in a civil case, although the Court has discretion to appoint an attorney to handle such a case when necessary. See In re Lane, 801 F.2d 1040, 1043-44 (8th Cir. 1986). Among the factors a court should consider in making this determination are the factual complexity of the case; the ability of the plaintiff to investigate the facts and present his claim; the complexity of the legal issues; and to what degree the plaintiff and the court would benefit from such an appointment. Id.

The Eighth Circuit has identified three additional factors relevant to the appointment of counsel in an employment discrimination case: "(1) the plaintiff's financial resources, (2) the plaintiff's efforts to secure counsel, and (3) the merits of the

discrimination claim." Slaughter v. City of Maplewood, 731 F.2d 587, 590 (8th Cir. 1984).

Upon review of the file, the Court finds that this dispute is straightforward, and the legal issues are not complex. Thus, the Court finds that appointment of counsel is unnecessary at this time. Should Plaintiff seek the appointment of counsel at a later stage in the proceedings, she will be required to provide the Court with a sworn statement regarding the efforts she has made to obtain legal counsel, providing the names of attorneys with whom she has discussed representation and the dates and results of such discussions.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Appointment of Counsel [Doc. # 3 ] is **DENIED** without prejudice.

                                              _/s/ Audrey G. Fleissig_
                                              AUDREY G FLEISSIG
                                              UNITED STATES DISTRICT JUDGE

Dated this 14th day of July, 2010.